| | |
|---|---|
| 1 | Raina C. Borrelli (*pro hac vice* forthcoming) |
| 2 | Andrew Gunem |
|   | **TURKE & STRAUSS LLP** |
| 3 | 613 Williamson Street, Suite 201 |
|   | Madison, WI 53703 |
| 4 | Telephone: (608) 237-1775 |
|   | Facsimile: (608) 509-4423 |
| 5 | raina@turkestrauss.com |
|   | andrewg@turkestrauss.com |
| 6 | |
| 7 | (Additional Counsel Listed on Signature Page) |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| OMAR BOLANOS, individually, and on behalf of all others similarly situated, | Case No. 5:24-cv-00552-JGB-SP |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND JOINT MOTION TO CONSOLIDATE** |
| vs. | |
| CROSSROADS EQUIPMENT LEASE & FINANCE, LLC, | Date:     April 22, 2024<br>Time:     9:00 a.m. PST<br>Judge:    Jesus G. Bernal<br>Courtroom: 1, Riverside |
| Defendant. | |
| CAREN LUKE, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 5:24-cv-00634 |
| vs. | |
| CROSSROADS EQUIPMENT LEASE & FINANCE, LLC, | |
| Defendant. | |

JOINT MOTION TO CONSOLIDATE

## NOTICE OF MOTION AND MOTION

Please take notice that on **April 22, 2024**, at **9:00 a.m. PST**, Plaintiffs Omar Bolanos and Caren Luke and Defendant Crossroads Equipment Lease & Finance, LLC will and hereby do move the Court to enter an Order consolidating these two related actions, staying Defendant's deadline to respond to the complaints in the *Luke* and *Bolanos* cases pending the resolution of this Joint Motion to Consolidate, and granting Plaintiffs twenty-one (21) days from the Court's approval of the Joint Motion to Consolidate to file a consolidated complaint. In support of this Motion, the Parties submit herewith a Memorandum of Points and Authorities.

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7-3, counsel for Plaintiff certifies that they conferred with counsel for Defendant via email on April 9 and 10, 2024.

Date:  April 15, 2024                                                   Date:  April 15, 2024

Respectfully Submitted,                                           Respectfully Submitted,

*/s/Andrew Gunem*                                                  */s/ John S. Purcell*
Raina C. Borrelli *                                                       John S. Purcell
Andrew Gunem                                                           Franjo M. Dolenac
**TURKE & STRAUSS LLP**                                   **ARENTFOX SCHIFF**
613 Williamson Street, Suite 201                              555 West Fifth Street, 48th Floor
Madison, WI 53703                                                     Los Angeles, CA 90013
Telephone: (608) 237-1775                                          Telephone: (213) 629-7400
Facsimile: (608) 509-4423                                           Facsimile: 213-629-7401
raina@turkestrauss.com                                               john.purcell@afslaw.com
andrewg@turkestrauss.com                                        franjo.dolenac@afslaw.com

*Counsel for Plaintiff Bolanos*

1  */s/ Scott Edelsberg*
   Scott Edelsberg
2  CA Bar No. 330990
   *scott@edelsberglaw.com*
3  **EDELSBERG LAW, P.A.**
   1925 Century Park E #1700
4  Los Angeles, CA 90067
   Telephone: 305.975.3320
5  Email: scott@edelsberglaw.com

6

7  *Counsel for Plaintiff Luke*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter.

*/s/ Andrew Gunem*
Andrew Gunem