# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| OMAR BOLANOS, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CROSSROADS EQUIPMENT LEASE & FINANCE, LLC,<br><br>　　　　　Defendant. | Case No. 5:24-cv-00552-JGB-SP<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE** |
| CAREN LUKE, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CROSSROADS EQUIPMENT LEASE & FINANCE, LLC,<br><br>　　　　　Defendant. | Case No. 5:24-cv-00634 |

The Court, having reviewed the Parties' Joint Motion to Consolidate, and good cause appearing therefor, hereby ORDERS as follows:

- The *Luke* and *Bolanos* cases are hereby consolidated pursuant to Fed. R. Civ. P. 42(a) under the first-filed *Bolanos* action (Case No. 5:24-cv-00552-JGB-SP);
- Plaintiffs will file a consolidated complaint within twenty-one (21) days from this Order;
- All future filings must be made under the first-filed *Bolanos* action (Case No. 5:24-cv-00552-JGB-SP).

**IT IS SO ORDERED.**

**Dated:** April 22, 2024

The Honorable Jesus G. Bernal
United States District Court Judge