Raina C. Borrelli (*pro hac vice*)
Andrew G. Gunem (SBN 354042)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
agunem@straussborrelli.com

*Attorneys for Plaintiff Omar Bolanos and the Proposed Settlement Class*

Scott Edelsberg (SBN 330090)
**EDELSBERG LAW, P.A.**
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (305) 975-3320
Facsimile: (786) 623-0915
scott@edelsberglaw.com

*Attorney for Plaintiff Caren Luke and the Proposed Settlement Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OMAR BOLANOS** and **CAREN LUKE**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **CROSSROADS EQUIPMENT LEASE & FINANCE, LLC**, <br><br> Defendant. | Case No. 5:24-cv-00552-JGB-SP <br><br> Honorable Judge Jesus G. Bernal <br><br> **PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:     April 21, 2025 <br> Time:     9:00 a.m. PST <br> Courtroom: Riverside, 1 |

MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL (Case No. 5:24-cv-00552)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 21, 2025, at 9:00 a.m. PST, Plaintiffs Omar Bolanos and Caren Luke will move the Court for entry of an Order: (1) granting preliminary approval of the Settlement; (2) approving the Notice Program; (3) appointing Epiq as Settlement Administrator; (4) preliminarily certifying the Settlement Class for settlement purposes only; (5) appointing Omar Bolanos and Caren Luke as Class Representatives; (6) appointing Scott Edelsberg of Edelsberg Law, P.A., and Raina Borrelli of Strauss Borrelli PLLC as Settlement Class Counsel; (7) approving the form and content of the Short Form Notice (Ex. 1), Long Form Notice (Ex. 2), and Claim Form (Ex. 3), all attached to the Settlement, respectively; and (8) scheduling a Final Fairness Hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Plaintiff's service award.

Dated: March 21, 2025

By: */s/ Raina C. Borrelli*
Raina C. Borrelli (*pro hac vice*)
Andrew G. Gunem (SBN 354042)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
agunem@straussborrelli.com

*Attorneys for Plaintiff Omar Bolanos and the Proposed Settlement Class*

Scott Edelsberg (SBN 330090)
**EDELSBERG LAW, P.A**.

-1-
MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL (Case No. 5:24-cv-00552)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (305) 975-3320
Facsimile: (786) 623-0915
scott@edelsberglaw.com

*Attorney for Plaintiff Caren Luke and the Proposed Settlement Class*

**CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 7-3, counsel for Plaintiffs certifies that they conferred with counsel for Defendant via email on March 10, 2025.

By: /s/ *Raina C. Borrelli*
Raina C. Borrelli

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 21st day of March, 2025.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
     Raina C. Borrelli
     STRAUSS BORRELLI PLLC
     One Magnificent Mile
     980 N Michigan Avenue, Suite 1610
     Chicago IL, 60611
     Telephone: (872) 263-1100
     Facsimile: (872) 263-1109
     raina@straussborrelli.com