UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR BOLANOS AND CAREN LUKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CROSSROADS EQUPMENT LEASE AND FINANCE, LLC,<br><br>Defendant. | Case No. 5:24-cv-00552-JGB-SP<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

**JUDGMENT**

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, and good cause appearing,

**IT IS HEREBY ORDERED**:

1. Final approval of the Settlement Agreement is **GRANTED**;
2. The Court **AWARDS** Class Counsel attorneys' fees in the amount of $106,250.00;

3. The Court **AWARDS** Class Counsel costs in the amount of $3,227.37;

4. The Court **AWARDS** $5,000 to Plaintiff Omar Bolanos and **AWARDS** $5,000 to Plaintiff Caren Luke;

5. Payment of $88,440.10 in addition to future costs incurred to the Settlement Administrator is **ORDERED**;

6. The Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: November 17, 2025

Honorable Jesus G. Bernal
United States District Judge